No. 91–5432. FORTE *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 91–5433. DEERING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5435. ALI *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–5437. BERKOWITZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5438. CRAWFORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5439. CAMPO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5443. RECALDE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5445. MOORE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5449. LYNCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5455. KHANNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5456. KOWALCZYK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5457. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5459. LEGGETT *v.* ROLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 91–5461. DUNBAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5464. PRADA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5466. PLANT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.